THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **BONNIE ELLEN REED,** | : |
| Plaintiff, | : |
| | : Case No.1:14-cv-65(JCC-JFA) |
| v. | : |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
| Defendant. | : |

## PROPOSED ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Compel Discovery, and Defendant's opposition thereto, it is hereby

ORDERED that the Motion is granted and Defendant is ordered to file a complete designation to Plaintiff's Notice of Deposition Pursuant to F.R.C.P. 30(b)(6) on or before _____, 2014 and to produce all representatives for deposition by Plaintiff on or before _____, 2014.

ENTERED THIS _____ day of _____, 2014.

_____
United States Magistrate